ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| LAWRENCE J. WARFIELD, AS RECEIVER FOR DENNEL FINANCE LIMITED | § § § § | |
| Petitioner, | § § | CIVIL ACTION NO. |
| vs. | § § | 3-01 CV 0481- R |
| MARVIN BECKMAN, et al. | § § § | |
| Defendants. | § | |

### RELEASE AND SATISFACTION OF
### FINAL JUDGMENT AGAINST RONALD SMITH

Defendant Ron Smith, ("Smith") has fully satisfied the terms of a settlement agreement, previously approved by the Court, between Smith and the Receiver. Accordingly, effective on the date this instrument is filed with the Court, Smith is released from the Final Judgment entered on May 9, 2002

Respectfully submitted,

SCHEEF & STONE, LLP

By: _____
Kelly M. Crawford
Texas State Bar No. 05030700
Charlene C. Koonce
Texas State Bar No. 11672850
1400 Sherry Lane Place
5956 Sherry Lane
Dallas, Texas 75225
Telephone (214) 706-4200
Telecopier (214) 706-4242

ATTORNEYS FOR RECEIVER
LAWRENCE WARFIELD

## CERTIFICATE OF SERVICE

The undersigned certifies that on **11-15**, 2004 the foregoing document was served on all other counsel of record as reflected on the attached Special Service List by first class mail.

_____

H:\ckoonce\Beckman\Ron Smith\Release.doc

2

# SPECIAL SERVICE LIST
SEC v. Cook (ND Texas 3:99-CV0571-R)
Warfield v. Beckman, et al
3:01-CV0481-R
as of February 8, 2002

Lawrence J. Warfield, CPA
Warfield & Company
14555 North Scottsdale Road, Ste. 200
Scottsdale, Arizona 85254
Receiver

Patrick Murphy, Esq.
Guttilla & Murphy, PC
4150 West Northern Avenue
Phoenix, Arizona 85051
Counsel for Receiver

Jeffrey Norris, Esq.
Security & Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Counsel for Plaintiff

Kelly M. Crawford, Esq.
Scheef & Stone, L.L.P.
5956 Sherry Lane, Ste. 1400
Dallas, Texas 75225
Local Counsel for Receiver

Stephen G. Smyth, Esq.
Schmitt, Schneck, Fisher, Smyth & Herrod
1221 East Osburne Rd., Ste. 105
Phoenix, AZ 85014-5540
Attorneys for Annmar Enterprises, Inc.
and Bruce Bilbrey

Mr. Robert Garrey, Esq.
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Local Counsel for Marvin Beckman,
Maroni Ltd., and Nacoma, L.P.

David S. Vassar, Esq.
P.O. Box 1068
Addison, Texas 75001-1068
Attorneys for Fred Arthur Cappriccio

Mr. Andrew Davis
1970 Kresswood Circle
Kettering, Ohio 45429

Mr. Ronald Smith
3860 Timberline Way
Birmingham, AL 35243

Mr. David Wayne Hager
4822 Ellsworth Dr.
Fayetteville, NC 28304

Christopher D. Lonn, Esq.
Titus, Brueckner & Berry, P.C.
7373 North Scottsdale Road, Suite B-252
Scottsdale, Arizona 85235
Counsel for Marvin Beckman,
Maroni Ltd., and Nacoma, L.P.

Mr. Malcolm Giles
5425 East Shea Boulevard
Scottsdale, AZ 85254

Mr. Tony Rodriquez
PMB # 302-Suite G
14962 Bear Valley Road
Victorville, CA 92392

Mr. Dallas M. Christensen
12601 Grand View
Overland Park, KS 66213

for deliveries (FedEx UPS) only physical address:
Tony Rodriquez
13020 San Lucas Dr.
Victorville, CA  92392

Taken off as requested:  send further correspondence to Clarence Schaub directly at 2552 East Encinas, Gilbert, AZ  85234
Leonard Greer, Esq.
Raymond Greer & Sassaman
3636 North Central Ave., Ste. 1070
Phoenix, AZ  85102
Attorneys for Clarence Schaub



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE J. WARFIELD, AS RECEIVER FOR DENNEL FINANCE LIMITED<br><br>Petitioner,<br><br>vs.<br><br>MARVIN BECKMAN, et al.<br><br>Defendants. | §§§§§§§§§§§ CIVIL ACTION NO.<br>3-01 CV 0481- R |

## FINAL JUDGMENT
## AGAINST RONALD SMITH

Trial of this matter came before the Court on the 8th day of May, 2002. The Receiver Lawrence J. Warfield, Plaintiff in this matter, appeared through his counsel, Kelly M. Crawford. Defendant Ronald Smith ("Smith") did not appear. This Court has personal jurisdiction over Defendant Smith, and subject matter jurisdiction over this lawsuit. The Court, having considered the evidence presented at trial, finds that the Receiver is entitled to Judgment on his claim of Fraudulent Transfers against Smith. Accordingly,

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Lawrence J. Warfield, as Receiver for Dennel Finance, Limited, recover from Ronald Smith, the sum of $80,786.03, plus post-judgment interest thereon at the highest rate allowed by law, and that execution issue for this judgment.

1

139

II.

IT IS FURTHER ORDERED that this Court shall retain exclusive jurisdiction of this action for all purposes.

III.

IT IS FURTHER ORDERED that this Final Judgment may be served upon Smith, in person or by mail either by the United States Marshal, the Clerk of the Court, or the Receiver.

IV.

IT IS FURTHER ORDERED that this Final Judgment arose out of acts of fraud by Smith, and, as such, this Final Judgment may not be discharged in any bankruptcy proceeding.

V.

IT IS FURTHER ORDERED that all relief sought by pending motions filed by Smith, or filed by the Receiver against Smith, not otherwise encompassed within this Judgment, are hereby DENIED.

VI.

There being no just reason for delay, the Clerk of this Court is hereby directed to enter this Final Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

Signed this _9_ day of May, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE